MARC J. WINTHROP – State Bar No. 63218
mwinthrop@winthropcouchot.com
GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

General Insolvency Counsel
for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>THE ACTIVE WALLACE GROUP,<br>a California corporation,<br><br>   Debtor and<br>   Debtor-in-Possession. | Case No. 6:09-bk-15370 RN<br><br>Chapter 11 Proceeding<br><br>**POST-SALE STATUS REPORT**<br><br>DATE:     August 12, 2009<br>TIME:     2:00 p.m.<br>PLACE:    Courtroom 1645 |

132424

The Active Wallace Group dba Active Ride Shops ("Debtor") hereby submits this Post-Sale Status Report.

## I.

## SALE OF ASSETS

On July 2, 2009, the Court approved the Debtor's sale of substantially all assets of the estate to Active Lifestyle, USA, LLC. The only outstanding issues that were left following the approval of the sale of assets related to the assumption and assignment of certain unexpired real property leases. In particular, these disputes involved: (i) whether there was adequate assurance of future performance to approve the assumption with respect to the real property lease ("Riverside Lease") between the Debtor and Westminster Central, LLC ("Westminster"); and (ii) certain disputes over cure amounts.

The Court has already ruled that there was adequate assurance for future performance on the Riverside Lease. As to the cure amount disputes, the Debtor has paid all cure amounts reflected in the Debtor's sale motion, increased by the amounts asserted in objections timely filed by landlords, except as follows:

1. <u>Cure for Riverside Lease</u>. The Debtor has paid Westminster the undisputed cure amount pending the continued investigation by the Debtor and the Official Committee of Creditors Holding Unsecured Claims ("Committee") into the merits of the balance of the cure amount asserted by Westminster.

2. <u>Cure for Lease of SM Promenade, LLC; FRIT Escondido Promenade, LLC; and Peace of Mind Trust</u>. The Debtor has just resolved its disputes with these landlords and is making the reconciling payment to these landlords today.

The Debtor is not aware of any other open issues relating to the sale of the Debtor's assets.

## II.

## OBJECTIONS TO CERTAIN PROFESSIONAL FEE STATEMENTS

Objections have been filed to certain of the professional fee statements filed in this case. All parties have been working diligently in efforts to efficiently resolve such disputes. The

Debtor hopes that these matters will be resolved in relative short order, without the need for Court intervention.

### III.

### POST-SALE STRATEGY

The sale of the Debtor's assets preserved jobs for more than a hundred employees, assured a continuous tenant for more than twenty landlords, ensured payment in full for the Debtors' secured creditor, and generated $1 million for the estate. Unfortunately, the cure payments required to be paid in this case (approximately $800,000) has rendered the estate administratively insolvent. Based on the insight gained in this case, the professionals believe that they may be able to turn this case into an administratively solvent case. In its continued efforts to seek to maximize recovery for this estate, the Debtor is working with the Committee and its financial advisor in efforts to evaluate potential claims and causes of action that the Debtor's believes the estate may have against third parties. The Debtor has identified a Responsible Officer who is willing to be employed under the current financial circumstances in an effort to enable the Debtor and Committee to continue their investigation and analysis of claims and efforts to realize value in this case. To that end, the Debtor anticipates filing in relative short order a motion to approve the employment of a Responsible Officer, as well as a contingent fee lawyer to prosecute potential claims.

Dated: July 30, 2009

THE ACTIVE WALLACE GROUP

By: /s/ Shane Wallace
Shane Wallace
Its: Former President of The Active Wallace Group

| In re: | CHAPTER 11 |
|---|---|
| The Active Wallace Group | |
| Debtor(s). | CASE NUMBER 6:09-bk-15370 RN |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Floor, Newport Beach, CA 92660. The foregoing document described **POST-SALE STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 31, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

*SERVICE LIST ATTACHED*

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On July 31, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

*SERVICE LIST ATTACHED*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 31, 2009 | Susan Connor | /s/ |
|---|---|---|
| Date | Type Name | Signature |

**SERVED VIA NEF**

- Richard W Brunette    rbrunette@sheppardmullin.com
- Russell Clementson    russell.clementson@usdoj.gov
- Caroline Djang    crd@jmbm.com
- Heather Fowler    heather.fowler@lw.com, colleen.rico@lw.com
- Sandford Frey    Sfrey@cmkllp.com
- Barry S Glaser    bglaser@swjlaw.com
- Garrick A Hollander    sconnor@winthropcouchot.com
- Eric P Israel    eisrael@dgdk.com
- Stuart I Koenig    Skoenig@cmkllp.com
- Elmer D Martin    elmermartin@msn.com
- Monserrat Morales    mmorales@pwkllp.com
- Jennifer L Nassiri    jennifer.nassiri@dlapiper.com
- David M Poitras    dpoitras@jmbm.com
- David B Shemano    dshemano@pwkllp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Howard J Weg    hweg@pwkllp.com
- Marc J Winthrop    pj@winthropcouchot.com

**SERVED VIA U.S. MAIL**

| | | |
|---|---|---|
| The Active Wallace Group<br>John E. Wallace, CEO<br>12087 Landon Dr.<br>Mira Loma, CA 91752 | Office of the U.S. Trustee<br>Elizabeth Lossing, Esq.<br>3685 Main Street, #300<br>Riverside, CA 92501 | *Active Special Notice MML*<br>*Document No. 128629* |
| NEF<br>Committee Counsel<br>Bo Bollinger, Esq.<br>Buchalter Nemer<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, California 90017-2457 | Toyota Financial Services<br>c/o South Bay Toyota<br>Attn: Corporate Officer<br>18416 S. Western Avenue<br>Gardena, CA 90248 | |
| Secured Creditor<br>Merrill Lynch Bus. Fin Srv Inc.<br>Attn: Corporate Officer<br>222 N. LaSalle St.<br>Chicago, IL 60601 | Secured Creditor<br>County of San Bernardino<br>Tax Collector<br>777 East Rialto Ave.<br>San Bernardino, CA 92415 | Secured Creditor<br>County of Riverside<br>Treasurer & Tax Volector<br>4080 Lemon St.<br>PO Box 12005<br>Riverside, CA 92501-3660 |
| 3/31/09 RSN<br>Kristen N. Pate, Esq.<br>GGP Limited Partnership, as Agent<br>110 N. Wacker Dr.<br>Chicago, IL 60606 | NEF<br>Merrill Lynch Commercial Finance Corp<br>c/o Aram Ordubegian , Esq.<br>Richardson & Patel LLP | Merrill Lynch Commercial Finance Corp<br>c/o Michael m. Eidelman, Esq.<br>Vedder Price P.C.<br>222 N. LaSalle Street<br>Suite 2600<br>Chicago, IL 60601 |
| The Irvine Company<br>Bewley, Lassleben & Miller, LLP<br>Ernie Zachary Park, Esq.<br>13215 E. Penn St., #510<br>Whittier, CA 90602-1797 | 4/2/09 NEF<br>Hutchison B. Meltzer, Esq.<br>Weiland, Golden, Smiley, Wang Ekvall & Strok | NeEF4/7/09 e-mail<br>Winthrop Resources Corporation<br>White & Case LLP<br>Shiva Delrahim, Esq.<br>633 West Fifth St., 19th Fl.<br>Los Angeles, CA 90071 |
| RSN 4/27/09<br>PK I Chino Town Square LP<br>c/o Blackmar, Principe & Schmelter<br>Chantelle M. Fisher, Esq,<br>600 B Street, #2250<br>San Diego, CA 92101 | 4/27/09 RSN<br>Long Beach Town Center<br>c/o Jackson, DeMarco, etc.<br>Paul E. Van Hoomissen, Esq.<br>Abraham D. Cook, Esq.<br>2030 Min St,m #1200<br>Irvine, CA 92614 | RSN 5/4/09<br>The Burton Corporation<br>Louis J. Cisz, III, Esq.<br>Nixon Peabody LLP<br>One Embarcadero Center, 18th Fl.<br>San Francisco, CA 94111 |
| 5/8/09 MJW<br>**Andrew M. Parlen, Esq.**<br>**O'Melveny & Myers LLP**<br>**400 South Hope Street**<br>**Los Angeles, CA 90071** | 5/12/09 RSN<br>County of San Bernardino, CA<br>c/o Martha E. Romero, Esq.<br>BMR Professional Building<br>6516 Bright Ave.<br>Whittier, CA 90601 | RSN 7/7/09<br>Active Sports Lifestyle USA, Inc.<br>Jeffer Mangels, etc.<br>Joseph A. Eisenberg, Esq.<br>1900 Ave. of the Stars, 7th Fl.<br>Los Angeles, CA 90067 |